Wilson Elser Moskowitz Edelman & Dicker LLP
Ian A. Stewart (SBN 250689)
ian.stewart@wilsonelser.com
555 South Flower Street Suite 2900
Los Angeles, CA 90071
Telephone:  213.443.5100
Facsimile:   213.443.5101

ARMSTRONG TEASDALE LLP
Nicholas B. Clifford, Jr. (*pro hac vice being filed*)
nclifford@armstrongteasdale.com
Michael W. Carwin (SBN 309696)
mcarwin@armstrongteasdale.com
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Facsimile:   314.621.5065

Attorneys for Grande Communications Networks LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO<br><br>IP-ECHELON PTY, LTD | Misc. Case No. 2:18-mc-125<br><br>(Civil Action No. 1:17-cv-00365-LY) (currently pending in the United States District Court for the Western District of Texas) |
| Related Action:<br><br>UMG RECORDINGS, INC. et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GRANDE COMMUNICATIONS NETWORKS LLC,<br><br>　　　　Defendant. | **CERTIFICATE OF INTERESTED PARTIES** |

3150461v.1

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

  The undersigned, counsel of record for Defendant Grande Communications Networks LLC certify that the following parties have a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

1. UMG RECORDINGS, INC., CAPITOL RECORDS, LLC
2. WARNER BROS. RECORDS INC.
3. SONY MUSIC ENTERTAINMENT
4. ARISTA RECORDS LLC
5. ARISTA MUSIC
6. ATLANTIC RECORDING CORPORATION
7. CAPITOL CHRISTIAN MUSIC GROUP, INC.
8. ELEKTRA ENTERTAINMENT GROUP INC.
9. FONOVISA, INC.
10. FUELED BY RAMEN LLC
11. LAFACE RECORDS LLC
12. NONESUCH RECORDS INC.
13. RHINO ENTERTAINMENT COMPANY
14. ROADRUNNER RECORDS, INC.
15. ROC-A-FELLA RECORDS, LLC
16. TOOTH & NAIL, LLC
17. ZOMBA RECORDING LLC
18. GRANDE COMMUNICATIONS NETWORKS LLC
19. PATRIOT MEDIA CONSULTING, LLC
20. IP-ECHELON PTY, LTD

///

///

3150461v.1

1  21.  GRANDE COMMUNICATIONS NETWORKS LLC

2  22.  Grande Parent LLC

Dated:  September 14, 2018.

By: /s/ Ian A. Stewart
　　Ian Stewart (SBN 250689)
　　Wilson Elser Moskowitz
　　　Edelman & Dicker LLP
　　555 South Flower Street Suite 2900
　　Los Angeles, CA 90071
　　Telephone:  213.443.5100
　　Facsimile:  213.443.5101
　　ian.stewart@wilsonelser.com

　　Nicholas B. Clifford (pro hac vice being filed)
　　Michael W. Carwin (SBN 309696)
　　Armstrong Teasdale LLP
　　7700 Forsyth Blvd., Suite 1800
　　St. Louis, Missouri 63105
　　Telephone:  314.621.5070
　　Fax:  314.621.5065
　　nclifford@armstrongteasdale.com
　　mcarwin@armstrongteasdale.com

　　Attorneys for GRANDE
　　COMMUNICATIONS NETWORKS LLC

3150461v.1