# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

**Misc. Case No.  CV 18-mc-125-GW (PLAx)**                              **Date  September 24, 2018**

**Title: In re Subpoena to IP-Echelon Pty, Ltd**

---

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**                      ☐ U.S. DISTRICT JUDGE
                                                                  ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR MOVANT:**                        **ATTORNEYS PRESENT FOR THIRD PARTY:**
NONE                                                      NONE

**PROCEEDINGS:        (IN CHAMBERS)**

In connection with an action pending in the United States District Court for the Western District of Texas (Civil Action No. 1:17-cv-00365-LY), defendant therein (and movant herein) Grande Communications Networks LLC has moved to compel compliance in this district with a third party subpoena that it served on IP-Echelon Pty, Ltd pursuant to Fed.R.Civ.P. 45.  See Declaration of Nicholas B. Clifford, Exh. 1.  Local Rule 45-1 directs that Local Rule 37 "applies to all motions relating to discovery subpoenas served on . . . non-parties represented by counsel."  Non-party IP-Echelon is represented by counsel.  See, e.g., Clifford Decl., ¶ 11.  As movant has not complied in full with Local Rule 37, including by presenting the current dispute in the form of a Joint Stipulation, the Motion to Compel (ECF No. 1) is **denied without prejudice**.

cc:     Counsel of Record

Initials of Deputy Clerk____ch____